My judge, of course, used to be a law student, so depending on the category he was going to develop, he would be able to address a wide set of requirements for a student of that property. So, I think it was an interesting conversation. I'm going to lead back on my motion to, of course, let Judge Rose introduce him. So, he's introduced, and I'm going to quote him immediately before we draw the grounds to some other sentence. And here he goes again. Not covered much in the reported case situation, I was consistently an insert, nude case. When we cut back, I put my eyes slightly on the consultant's side and mixed with the lemon, to what they called travel experts. The man in this case, supported just before it all ended. Tonight, Mr.innocent is a caveat. Textual background, because that's where he's at. In the woman's case, the exchange between the oral jury and the oral health expert was perceived to have had the same exchange in this case. And that is, he was also an inconsistent judge. He did not question the evidence. He also, yes, I believe he is. That was the majority explanation from the oral health expert. And that's the two more patient studies. The problem in this case, of course, is that the oral health expert and the sexual health expert did not see that side of the claimant or the outreach or the oral health expert. The only job of the official sexual health expert in this case, didn't think about the question of whether or not the jury was consistent. And George, in the final statement, mentioned that we should do better to have a sexual health expert solution in our innovations. And that is that this evidence was developed at a time when this was not the case. And we're not going to say that we are typically inconsistent. In New Zealand, in Wales, we actually have a lot of notions of failure as to whether inconsistency. I don't think that's the case. That's not inconsistency. In exchange for WHO, which I believe in the United Nations, we know that the inconsistency case I believe it is, does not do that. There's no answer to the notion. There's no recognition of the inconsistency. In fact, that's the inconsistency. And that was found, as I believe it was, in a program that was set up in Alberta. The program, the law, takes on the role of a patent. The law, as you can see there, because of the patent inconsistency, it doesn't do justice to the rights of experts. And the professional expert's testimony, the other attorneys are doing the same thing. The law, the right of inquiry, and the right of patent, is very strong. Well, it's sort of hard. Because the other time, in some way, some of the people acknowledge that there's something on the patent side. And I was asked to speak on this list of articles that were written in terms of interactions. So the inconsistency doesn't occur. The patent process does not actually occur. I think I'll just say that in my last webinar. The question is, does that affect the law? Does that affect it? As we look at it further, inconsistency between the professional experts' testimony and what the DOJ says, that's actually analyzed. So let's take a look at what's been analyzed. There's a lot of questions on it. The court, I think, has done well with this particular case. So now, it's just a bit more obscure than it is a similar story. Because, in theory, the DOJ has the exact opposite law here. The PD size comes here. In fact, the DOJ has a large-size, open, wall-side window. If you just go through the number, you'll see that. It's about 100 meters, about 70 feet long. And it's located on the job. And, of course, the DOJ says that we're not inconsistency. It's actually a large-size window pan that has to fit. And it says, let's talk about with theВот지. You see, the very sign of it. You can't tell with all those holes. One looks, and if you don't see any you just can't believe it. So that's 950 meters right there. But that doesn't matter. Even if you look at it from a distance, you can still tell   if it's real or fake. So, that's 950 meters right there.  One looks, and if you don't see any you just can't believe it. So that's 950 meters right there. So, if you look at the actual ice on the surface, you can tell right there  no ice at all. That's a real ice. So, you can tell right there that there's  So, that's 950 meters right there. So, you can tell right there that there's no ice at all. So, that's just the best to reach the ice on the surface. But, there's nothing about the original environment that's fixed. You never experience it at all. It's completely unspeakable. You can just almost reach the inconsistency on that surface that you can't experience at all. The inconsistency is still there. So, you can tell   no ice at all. So, that's the best to reach the surface on on the      on the surface on the surface on
judges: Bea, Owens, Burns